JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| Chris Langer, | Case No. SACV15-1479 JCG |
|---|---|
| Plaintiff, | **ORDER ON STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |
| vs. | |
| Jacob Seid, in his individual and representative capacity as trustee of the Seid Living Trust Dated August 3, 2013; Circlecircle, LLC, a California Limited Liability Company; Eun Jin Jang; Jeong Ho Kim; and Does 1-10, | |
| Defendants. | |

Complaint Filed: September 14, 2015
Trial Date: None Set

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to the Stipulation for Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)A)(ii) and good cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. The above-referenced action be DISMISSED in its entirety and with prejudice as to each and all of Plaintiff Chris Langer's claims as alleged in the above-referenced action and against: (1) Jacob Seid, in his individual and representative capacity as trustee of the Seid Living Trust Dated August 3, 2013; (2) Defendant Circlecircle, LLC; (3) Defendant Eun Jin Jang; and (4) Defendant Jeong Ho Kim.

2. The parties are to bear their respective costs, attorneys' fees, and expenses.

**IT IS SO ORDERED.**

DATE: November 19, 2015

_____
Hon. Jay C. Gandhi
United States Magistrate Judge